[No. 2919–2. Division Two. August 31, 1978.]

DAHLKEY, INC., *Appellant,* v. GENERAL INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 244760, Thomas A. Swayze, Jr., J., entered May 13, 1977. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Reed, A.C.J., and Petrie, J.

[No. 2935–2. Division Two. September 1, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LAURIE MARIE GRANT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 50374, E. Albert Morrison, J., entered May 12, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Callow, J.

[No. 5646–1. Division One. September 5, 1978.]

CONSTRUCTIONEERING NORTHWEST, INC., *Respondent,* v. WAYNE R. ANDERSON, ET AL, *Respondents,* SELECT CONTRACTORS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 808946, Charles R. Denney, J. Pro Tem., entered May 5, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Callow and Andersen, JJ.